```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 02382
   FLORA M THOMPSON
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-5201


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/12/2007 and was confirmed 06/07/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/08/2007.
------------------------------------------------------------------------------
CREDITOR NAME                 CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                 PAID          PAID
------------------------------------------------------------------------------
EMC MORTGAGE                  CURRENT MORTG         .00            .00            .00
EMC MORTGAGE                  MORTGAGE ARRE   19258.27             .00            .00
HOMEQ                         CURRENT MORTG         .00            .00            .00
HOMEQ                         MORTGAGE ARRE    8200.00             .00            .00
CHASE AUTO FINANCE            SECURED VEHIC         .00            .00            .00
US CELLULAR                   UNSECURED       NOT FILED            .00            .00
US CELLULAR                   UNSECURED       NOT FILED            .00            .00
CAPITAL ONE                   UNSECURED        1195.52             .00            .00
SPRINT PCS                    UNSECURED       NOT FILED            .00            .00
PREMIER BANKCARD              UNSECURED         398.16             .00            .00
ROUNDUP FUNDING LLC           UNSECURED         497.38             .00            .00
AT&T WIRELESS                 UNSECURED       NOT FILED            .00            .00
PORTFOLIO RECOVERY ASSOC      UNSECURED         643.88             .00            .00
EMC MORTGAGE                  NOTICE ONLY    NOT FILED             .00            .00
NPS                           UNSECURED        3535.21             .00            .00
DANIEL M MOULTON              DEBTOR ATTY     2,226.00                        1,675.80
TOM VAUGHN                    TRUSTEE                                           124.20
DEBTOR REFUND                 REFUND                                               .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   1,800.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                   1,675.80
TRUSTEE COMPENSATION                               124.20
DEBTOR REFUND                                         .00
                          ---------------     ---------------

               PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 02382 FLORA M THOMPSON
```

```
TOTALS                                  1,800.00              1,800.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/27/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```